**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JAMILE MONROE,**

      **Petitioner,**

**v.**                               **Case No. 4:25cv323-TKW/MAF**

**SECRETARY, Department of
Corrections,**

      **Respondent.**

_____/

## REPORT AND RECOMMENDATION

By order on August 5, 2025, in this pending habeas proceeding, this Court directed Petitioner Jamile Monroe to pay the required $5.00 filing fee or file an application for leave to proceed in forma pauperis (IFP) on or before September 4, 2025. ECF No. 5. The Court also directed him to submit his habeas petition on the proper form on or before September 4, 2025. *Id*. The Court specifically warned him that a recommendation would be made that this case be dismissed if he failed to comply with the order. *Id*. at 6. To date, Petitioner has not submitted an IFP motion or paid the $5.00 filing fee as directed in the August 5 order, nor has Petitioner submitted a habeas petition on the proper form.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute. Link v. Wabash R.R., 370 U.S. 626 (1962). Federal Rule of

Civil Procedure 41(b) authorizes a district court to dismiss an action for failure to obey a court order.   Moon v. Newsome, 863 F.2d 835, 838 (11th Cir. 1989).   Because Petitioner Monroe did not comply with an order, this petition should be dismissed without prejudice.

Petitioner shall have a 14-day period after service of this Report and Recommendation in which to file objections.   This will also afford Petitioner a final opportunity to show good cause for the failure to respond to the Court's order.   Petitioner may do so by filing a motion for reconsideration which will be referred to me by the Clerk.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice.**

**IN CHAMBERS** at Tallahassee, Florida, on October 14, 2025.

**S/ Martin A. Fitzpatrick**
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2).   A copy of the objections shall be served upon all other parties.   A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.   Fed. R. Civ. P. 72(b)(2).   Any different deadline that may appear on the**

**electronic docket is for the Court's internal use only and does not control**.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a Report and Recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* **11th Cir. R. 3-1; 28 U.S.C. § 636.**