UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JAMILE MONROE,**

    **Petitioner,**

v.                          **Case No. 4:25-cv-323-TKW-MAF**

**SECRETARY, FLORIDA**
**DEPARTMENT OF CORRECTIONS,**

    **Respondent.**
_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 6). No objections were filed.[1]

Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Petitioner's failure to prosecute and failure to comply with court orders. Accordingly, it is

    **ORDERED** that:

---

[1] The copy of the Report and Recommendation that was mailed to Plaintiff's address of record was returned by the postal service as undeliverable. *See* Doc. 7. Plaintiff's failure to keep the Court apprised of his address is an additional (and independent) reason to dismiss this case for failure to prosecute.

1.	The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.	This case is DISMISSED without prejudice based on Petitioner's failure to prosecute and failure to comply with court orders.

3.	The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 10th day of November, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**